THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTONIO AFRICANO, Appellant.

(Argued April 21, 1913; decided May 6, 1913.)

APPEAL from a judgment, rendered November 2, 1911, at a Trial Term for the county of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.

*George D. Forsyth* for appellant.

*John W. Barrett* and *Herbert B. Thomas* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.